A. P. GODDARD *et al.*

*v.*

THE CHICAGO, MILWAUKEE AND ST. PAUL RAILWAY CO.

*Opinion filed April 24, 1903.*

This case is controlled by the decision in *Goddard* v. *Chicago and Northwestern Railway Co.* (*ante*, p. 362.)

*Goddard* v. *C., M. & St. P. Ry. Co.* 104 Ill. App. 533, affirmed.

APPEAL from the Appellate Court for the Second District;—heard in that court on appeal from the Circuit Court of Stephenson county; the Hon. JAMES S. BAUME, Judge, presiding.

OSCAR E. HEARD, for appellants.

CHARLES B. KEELER, (GEORGE R. PECK, of counsel,) for appellee.

Per CURIAM: Appellants are the same persons who prosecuted the appeal in *Goddard* v. *Chicago and Northwestern Railway Co.* (*ante*, p. 362.) This case is of the same nature, the only difference being in the parties defendant to the bill. The same questions are involved in this case as in that one, and the decision must be the same. The judgment of the Appellate Court is affirmed.

*Judgment affirmed.*